**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| SARUN OUCH, | : | Case No. 1:25-cv-870 |
| | : | |
| Petitioner, | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| KRISTI NOEM, et al., | : | |
| | : | |
| Respondents. | : | |

---

### ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

---

Petitioner Sarun Ouch, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **December 11, 2025.**

**IT IS SO ORDERED.**

 *s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge